MN-305
(10/00)

# UNITED STATES BANKRUPTCY COURT
# MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: SUPALO, TERRI L

Chapter 7 Case No. 07-34266-DDO

Please Check One:

[ X ]   Unclaimed Dividends

[   ]   Distribution Less Than $5

| Name and Address of Payee | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| MEDIACOM<br>PO BOX 110<br>WASECA, MN 56093-0110 | 2 | 60.10 | 20.89 |
| CONSULTING RADIOLOGISTS<br>1221 NICOLLET MALL SUITE 600<br>MINNEAPOLIS MN 55403-2444 | 12 | 1346.90 | 468.18 |

Date: June 9, 2011

Michael J. Iannacone, TRUSTEE